UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 15-8680 DSF (ASx) | Date | 2/23/16 |
| Title | Scott Joseph Wallace v. Cellco Partnership, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

   This Court set a Scheduling Conference for February 22, 2016 at 11:00 a.m. Plaintiff failed to attend. It is Plaintiff's responsibility to insure that the case is actively prosecuted.  Plaintiff is ordered to show cause in writing no later than March 14, 2016 why this action should not be dismissed for failure to prosecute.

   IT IS SO ORDERED.