**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| SCOTT JOSEPH WALLACE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CELCO PARTNERSHIP, et al.,<br><br>　　　　Defendants. | Case Nos. CV 14-08052-DSF (AS)<br>　　　　　　CV 15-08680-DSF (AS)<br><br>**JUDGMENT** |

　　The Magistrate Judge having issued an Order to Show Cause re Lack of Prosecution requiring a response no later than April 4, 2017, and no response having been filed,

　　IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

　　DATED: 4/21/17

　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　────────────────────
　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE